## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YRYSKELDI DZHAKENOV,                    :
                *Petitioner,*          :
                                           :
      v.                           :   **CIVIL NO. 26-2781**
                                           :
**J.L. JAMISON et al.,**                :
                *Respondents.*         :

## ORDER

**AND NOW,** this **4th** day of **May 2026,** upon consideration of Yryskeldi Dzhakenov's Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is **GRANTED.** It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Dzhakenov from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on May 5, 2026.**

2. The Government is enjoined from detaining Mr. Dzhakenov under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**